# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America<br><br>v.<br><br>Levi Ray Zak | Case No.: 25-8528MJ<br><br>**CRIMINAL COMPLAINT**<br>**(Electronically Submitted)** |
|---|---|

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNTS 1 - 3 (Producing Child Pornography)

On or about the dates below, in the District of Arizona and elsewhere, Defendant Levi Ray Zak, did employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct. The visual depiction was transported using any means and facility of interstate commerce, and produced using materials that were shipped and transported in interstate or foreign commerce, in violation of 18 U.S.C. §2251(a), (e), and 2256, as follows:

| Count | Date | File (containing characters) |
|---|---|---|
| 1 | June 6, 2022 – January 18, 2023 | "EioS…", "EiQS…", and "Chxia…" all depicting Jane Doe 1, age 16 and 17 years old |
| 2 | May 3, 2024 | "EiQSFXV…," "EiQSFTJJ…," and "EiQSFVVCR…" depicting Jane Doe 2, age 17 |
| 3 | June 16 – 30, 2023 | "iQSF…," "EiQSFVh…," "EiQSFWx…," "EiQSFUVk…," and "EiQSFUh…" depicting Jane Doe 3, age 15 |

### COUNTS 4-6 (Coercion and Enticement of a Minor)

On or about the dates below, in the District of Arizona and elsewhere, Defendant Levi Ray Zak did unlawfully and knowingly use any facility and means of interstate and foreign commerce to attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, as follows, in violation of 18 U.S.C. §2422(b):

| Count | Minor | Date (On or About) |
|---|---|---|
| 4 | Jane Doe 1, age 16/17 | June 6, 2022 – January 18, 2023 |
| 5 | Jane Doe 2, age 17 | May 3, 2024 |
| 6 | Jane Doe 3, age 15 | June 16 – 30, 2023 |

## COUNTS 7 – 9 (Knowingly Receiving Child Pornography)

On or about the dates below, in the District of Arizona and elsewhere, Defendant Levi Ray Zak did knowingly receive a visual depiction that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, and did attempt to do so. The visual depiction was transported using any means and facility of interstate commerce, in violation of 18 U.S.C. §2252(a)(2), (b)(1), and 2256, as follows:

| Count | Date | File (containing characters) |
|---|---|---|
| 7 | June 6, 2022 – January 18, 2023 | "EioS…", "EiQS…", and "Chxia…" all depicting Jane Doe 1, age 16 and 17 years old |
| 8 | May 3, 2024 | "EiQSFXV…," "EiQSFTJJ…," and "EiQSFVVCR…" depicting Jane Doe 2, age 17 |
| 9 | June 16 – 30, 2023 | "iQSF…," "EiQSFVh…," "EiQSFWx…," "EiQSFUVk…," and "EiQSFUh…" depicting Jane Doe 3, age 15 |

I further state that I am a Special Agent from the FBI and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

AUTHORIZED BY: _s/Gayle L. Helart_, AUSA  GAYLE HELART  Digitally signed by GAYLE HELART  Date: 2025.10.29 20:50:30 -07'00'

KEVIN MARTIN  Digitally signed by KEVIN MARTIN  Date: 2025.10.29 20:45:36 -07'00'

Kevin Martin, Special Agent, FBI
Name of Complainant

Signature of Complainant

Telephonically Sworn to and subscribed

10-30-25   9:26A            at   Phoenix, Arizona
Date                                City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## Attachment A

### Statutes

#### Counts 1 - 3: Production of Child Pornography

In summary, it shall be unlawful for any person who knowingly employ, use, persuade, induce, entice, or coerce a minor to engage in any sexually explicit conduct for the purpose of producing such conduct, if such person knows or has reason to know that the depiction will be transmitted using any means of interstate commerce or in and affecting interstate commerce, or the visual depiction was produced or transmitted using materials that had been transported in or affecting interstate commerce.

A violation of 18 U.S.C. § 2251(a), (e), and 2256 is punishable by 15-30 years' imprisonment, $250,000 fine, and between 5 years to lifetime supervised release.

#### Counts 4 – 6: Coercion and Enticement of a Minor

In summary, it shall be unlawful for any person to knowingly persuade, induce, entice, or coerce any individual to engage in any sexual activity for which any person can be charged with a criminal offense by using any means of interstate or foreign commerce.

A violation of 18 U.S.C. § 2422(b) is punishable by 10 years - lifetime imprisonment, $250,000 fine, and between 5 – lifetime supervised release.

#### Counts 7 - 9 Receiving Child Pornography

In summary, it is a violation under 18 U.S.C. § 2252(a)(2) to either knowingly receive a visual depiction that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct. The visual depiction in this case had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce, i.e. the internet, and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped and transported by any means, including by computer.

A violation of 18 U.S.C. § 2252(a)(2), (b)(1), and 2256 is punishable by 5-20 years, $250,000, and between 5 – lifetime supervised release.

# STATEMENT OF PROBABLE CAUSE

I, Kevin H. Martin, Special Agent with Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows, to wit:

## INTRODUCTION

The facts of this case, as more fully detailed herein, are that on the dates between approximately December 2021 and June 2025, the user of Snapchat account "Kyle_McCannon" communicated with multiple minor females. The user "Kyle_McCannon" enticed the minor females to send sexually explicit images and videos of themselves. The user "Kyle_McCannon" sent money via the application Cash App to some of the minor females for explicit images and videos of themselves.[1] The user "Kyle_McCannon" sometimes sent sexually explicit content of himself to the minor females. Investigative steps determined that the likely user of Snapchat user "Kyle_McCannon" was Levi Ray Zak (hereafter Zak), who resides at 6565 West Cactus Road, Apartment 1042, Glendale, Arizona 85304.

Search warrants for Zak's residence and Zak's person were authorized by the Honorable Eileen S. Willett in the District of Arizona on October 24, 2025, in Cases 25-9505MB and 2506MB. Those search warrants were executed on October 29, 2025. Zak was contacted and interviewed. Law enforcement officers seized in excess of 10 devices and storage media from Zak's bedroom. During the process of searching and following Zak's interview, he was arrested.

I submit there is probable cause for Zak's arrest for violations of Producing Child Pornography (18 U.S.C. § 2251(a), (e), and 2256), Coercion and Enticement of a Minor (18 U.S.C. § 2422(b)), and Knowingly Receiving Child Pornography (18 U.S.C. § 2252(a)(2), (b)(1), and 2256).

## PRELIMINARY BACKGROUND INFORMATION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Phoenix Division. I have been so employed for approximately five years, and I am specifically assigned to conduct investigations pursuant to the FBI's Innocent Images National Initiative (IINI), which focuses on crimes where computers and the Internet are used in the sexual exploitation of children. I am

---

[1] This affidavit will outline examples of two minor females who he did not pay, and two that he did pay through Cash App, for their nude pictures.

1

responsible for conducting federal and international investigations relating to crimes involving the sexual exploitation of children. I have received basic, and on-the-job training in the investigation of cases involving the sexual exploitation of children. I am familiar with the definition of child pornography under 18 U.S.C. § 2256, and I am familiar that child pornography is also referred to as Child Sexual Abuse Material or CSAM. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents. All dates given in this affidavit are those dates or on or about those dates

2. The purpose of this application is to set forth sufficient facts to establish probable cause for the arrest of Levi Ray Zak for violations of 18 U.S.C. §§ 2251(a) and (e) and 2256 which makes it a crime to produce child pornography; 18 U.S.C. §2442(b) which makes it a crime to coerce and entice a minor; and 18 U.S.C. §§2252(a)(2) and 2252(b)(2) which makes it a crime to distribute or receive child pornography.

## STATUTORY AUTHORITY

3. This investigation concerns alleged violations of 18 U.S.C. §§ 2251(a), 2422(b), and 2252.

    a. 18 U.S.C. § 2251(a), in summary, prohibits a person from employing, using, persuading, inducing, enticing, or coercion a minor to engage in any sexually explicit conduct for the purpose of producing such conduct or for the purpose of transmitting a live visual depiction of such conduct.

    b. 18 U.S.C. § 2422(b), in summary, prohibits a person from knowingly persuading, inducing, enticing, or coercing any individual to engage in any sexual activity for which any person can be charged with a criminal offense, and to attempt to do so. "Sexual activity for which any person can be charged with a criminal offense" does not require interpersonal physical contact, per 18 U.S.C. § 2427.

    c. 18 U.S.C. § 2252(a)(2), in summary, makes it a crime to knowingly receive child pornography, as it is defined under 18 U.S.C. § 2256.

2

## DETAILS OF INVESTIGATION

### *Jane Doe 1*

4. In April 2025, Fort Wayne (Indiana) Police Department received a report that two Snapchat accounts - "kylesarah24" and "Kyle_McCannon" – made comments threatening to distribute nude pictures of a minor girl, hereafter Jane Doe 1, DOB 2005. Jane Doe 1 reported that this behavior had occurred from the time she was 16 years old and continued until she was 18 years old. In her report, Jane Doe 1 stated she knew the kylesarah24 account first because kylesarah24 told Jane Doe 1 he had her nude photographs and that if Jane Doe 1 did not send more nude images, he would post Jane Doe's images online. Jane Doe 1 complied and sent more nude pictures and videos of herself, describing some of the contents that I am familiar would fit within the definition of 18 U.S.C. § 2256 (i.e. with a focus on her nude genitalia and touching her nude genitalia). At an undetermined date, Jane Doe 1 blocked Snapchat account kylesarah24, but the kylesarah24 then began messaging her using Snapchat account "Kyle_McCannon." The conduct continued in a similar pattern of his wanting nude pictures of her and she complied. Jane Doe stated that these type of communications with the two kyle accounts occurred for approximately two years starting when she was about 16 years old and continuing until she was about 18 years old.

5. After Jane Doe 1's report in April 2024, Fort Wayne Police Department notified the New Haven (Indiana) Police Department. In May 2024, New Haven Police Department submitted search warrants issued from the Superior Court of the State of Indiana for Snapchat account "kylesarah24" (time-period of 12/09/2023 to 05/14/2024) and Snapchat account "Kyle_McCannon" (time-period of 12/09/2021 to 05/14/2024).

6. Snapchat provided search warrant returns for Snapchat account "Kyle_McCannon." The search warrant return listed the subscriber of the account as Kyle McCannon, DOB: 08/09/2004 (i.e. making Kyle_McCannon 19 years old at the time), with a creation date for the account of April 10, 2020 at 4:04:34 UTC,[2] and from IP address of 2600:8800:5e80:3f00:61cf:bcfb:a28b:5b83. The search

---

[2] "UTC" is Universal Coordinated Time, and refers to the time that is standard to every time zone in the world. For Arizona time, UTC is -7 hours, thus if an event is described as having occurred at 7 a.m. UTC, the event occurred at approximately midnight in Arizona by subtracting 7 hours.

warrant return for "Kyle_McCannon" included pornographic content of Jane Doe 1, and other images and videos of unidentified females. Some of the examples, that I have viewed, of Jane Doe 1's image and video files included:

- On June 06, 2022, at 01:04:27 UTC, when Jane Doe was 16 years old, Jane Doe sent "Kyle_McCannon" a 43 second video file named EioSFXVKSW9tamVqOGtpTUJUSmZ4Q 1B6VBoAGgAiBgib4piWBjIBfVAEYAE. Jane Doe's face, breasts, and nude genitalia showed. Jane Doe was sitting on the ground and inserted the handle of a hairbrush into her vagina multiple times and moaned.

- On September 11, 2022, at 18:10:54 UTC, when Jane Doe was 16 years old, Jane Doe sent "Kyle_McCannon" a 30 second color video file named EiQSFVNjSDFNaUNqUjdSWVF4a3 ZuS3NicBoAGgAyAX1IAlAEYAE. The video showed Jane Doe 1 with her breasts and genitalia exposed and she squatted on the floor. Jane Doe 1 inserted the handle of a hairbrush into her vagina and moved up and down with the handle still inserted.

- On January 18, 2023, at 03:30:01 UTC, when Jane Doe 1 was 17 years old, Jane Doe sent "Kyle_McCannon" a picture file named Chxia3pWWHlnUk1GOW1GUkNmb3pGZlouMTAyMF 8xEikSGmJrelZYeWdSTUY5bUZSQ2ZvekZmWi4xMDIwGgAaADIBBEgBUB5gAQ. The picture showed Jane Doe 1 with her breasts and genitalia exposed. Jane Doe 1 squatted on the floor with a hairbrush handle inserted into her vagina. A caption was on the picture that stated, "Daddy I came."

### *Communication with saking_05 and Learning Name Levi Zak*

7. In the conversations portion of the search warrant return, Kyle_McCannon acknowledged receiving content from underage females. For example, I saw that on June 22, 2023, the following conversation occurred between Snapchat user Kyle_McCannon and username saking_05:

- kyle_mccannon: Sorry but damn, you are absolutely stunning girl. How old are you? And where are you from? If it's cool to ask
- saking_05: i'm 17 i turn 18 soon and i'm from Oregon
- kyle_mccannon: Oh damn, how soon? 😊 haha
- kyle_mccannon: And that's cool

- saking_05: i turn 18 in august
- kyle_mccannon: So I got a couple months to plan a trip to Oregon so I can come tear that little pussy up 😈
- saking_05: maybe
- kyle_mccannon: I would definitely give you some good dick 😊 you are seriously hot as hell. You should let me see that body fr
- kyle_mccannon: You have a great body. Let me see you in a bikini or something 😊
- saking_05: lol
- kyle_mccannon: Or without, that's fine too lol
- saking_05: lol
- kyle_mccannon: Don't tease me like that lol I bet that pussy looks good as fuck
- kyle_mccannon: You shaved? 😊
- saking_05: maybe or maybe not
- kyle_mccannon: I don't mind hair, but you seem like the type that probably keeps that pretty little pussy smooth ngl 😈 let daddy see like a good girl. Ik you got some stuff saved. I won't save any of it, just in chat only?
- saking_05: nope i only send pics for $$
- kyle_mccannon: Damn, how much?
- saking_05: depends on the pics ur wanting
- kyle_mccannon: I mean I want vids if I'm being completely honest
- kyle_mccannon: I wanna see you play with that pussy for daddy like a good girl, and maybe fuck that ass for me? 😈
- saking_05: i have a vid saved but vids are normally $30
- kyle_mccannon: Just one vid is all you have?
- saking_05: yes each bc it's my body
- saking_05: one vid is 33 seconds and the other one is 27 seconds

- kyle_mccannon: Damn, so a dollar a second, that's $3600 an hour, you really want a lot lmao
- kyle_mccannon: You must make some good as money lmao
- saking_05: everytime i try they lie about paying
- kyle_mccannon: I'm sure you get that a lot. If your prices weren't so unreasonable you might have better luck selling
- saking_05: well i'm sorry i'm 17 and guys older than me are wanting pics so yes ima say $30 bc they are asking a minor for pics
- kyle_mccannon: I get that, but at the same time there are younger girls sending way more for that much, just saying. Not trying to offend you, and it's obviously up to you what you want to charge for something like that, but it's just reality that there are younger hot girls looking to make some easy money, and they send nudes to people for free anyway, so some are happy to get money at all. I have girls who will send several videos for $30 and they are happy to do it

8. On January 14, 2025, a subpoena was served to Cox Communications for IP address 2600:8800:5e80:3f00:61cf:bcfb:a28b:5b83 (the creation IP address for Snapchat account "Kyle_McCannon" that was created on April 10, 2020 described above). The subpoena return listed the subscriber of the account as Levi Zak, address 11600 N 75th Ave, Apt 245, Peoria, AZ 85345.

9. The Snapchat search warrant return obtained by the Fort Haven Police Department listed the last seen IP address as 184.101.25.49 on May 14, 2024 at 22:45:33 UTC. In September 2024, a subpoena was served to CenturyLink for who was assigned the IP address 184.101.25.49 on May 14, 2024 at 22:45:33 UTC. The subscriber of the account was listed as Michael Rhoten,[3] 6565 W Cactus Rd, Glendale, AZ. Subsequent searches of law enforcement databases revealed Rhoten's address as 6565 W Cactus Rd, Apartment 1042, Glendale, AZ 85304. United States Postal Inspection Services

---

3 I located a police report where Michael Rhoten was listed Zak's brother. Rhoten is now deceased, according to United States Postal Inspection Service records.

6

(USPIS) confirmed a person named Levi Zak received mail at 6565 W Cactus Rd, Apartment 1042, Glendale, AZ 85304.

10. In December 2024, an administrative subpoena was served on Snapchat, Inc. regarding Snapchat accounts of other potential minor victims located in the Kyle_McCannon Snapchat search warrant return. Utilizing additional administrative subpoenas, law enforcement database checks, and social media searches, additional victims were identified and interviewed.

### *Jane Doe 2*

11. The Kyle_McCannon account also talked to a girl identified by law enforcement, and referred to herein as Jane Doe 2. In March 2025, Jane Doe 2, DOB XX/XX/2006, was interviewed in Sioux City, Iowa. Jane Doe 2 confirmed she previously used the Snapchat username "Lennoxskullboy." Jane Doe 2 recognized the Snapchat username of "Kyle_McCannon" and identified the username as having contacted her on Snapchat. Jane Doe 2 said he was her age, which was 17 years old at the time of their contact. Shortly after adding Kyle_McCannon on Snapchat, he began begging her for nude pictures. Jane Doe 2 blocked Kyle_McCannon and he made another account to message her. Kyle_McCannon would spam Jane Doe 2 with messages. Jane Doe 2 sent nude images to Kyle_McCannon. He wanted pictures of, in her words, her "tits, cooch and ass." Kyle_McCannon said he wanted to have a sexual relationship with her where he would be able to have sex with her every day. Kyle_McCannon said he would jerk off while she would play with herself. He sent pictures to Jane Doe 2 of his penis. Jane Doe 2 described that Kyle_McCannon had his hand on his penis and his penis would be "standing up."

12. Kyle_McCannon wanted Jane Doe 2, again in her words, to "put a hairbrush in her cooch and move it for a video." Kyle_McCannon asked for Jane Doe 2 to use the non-sharp side of a razor to "finger myself with it on the video." She made the video he requested and sent it to him. She said she recorded this video at Kyle_McCannon's request on her bathroom floor and sent it to Kyle_McCannon. Jane Doe 2 was able to see that Kyle_McCannon saved the images/video she sent to his camera roll.

13. Jane Doe 2 was shown several visual files during her interview that she identified as herself that she sent to Kyle_McCannon. Some examples that I have viewed include:

- On May 03, 2024, at 22:37:01 UTC, when she was 17 years old, Jane Doe 2 sent Kyle_McCannon a 32 second video file named EiQSFXV2VURqUWQ3WGdHUHF5bUs4RXZsYhoAGgAyAXxIAlAEYAE. The video showed Jane Doe 2's nude genitalia while she sat on the floor and inserted the handle of a shaving razor into her genitalia.

- On May 03, 2024, at 22:23:16 UTC, when she was 17 years old, Jane Doe 2 sent Kyle_McCannon an eight second video file named EiQSFTJJbDQwSm55d3hjeFVoUDd1czRMYxoAGgAyAXxIAlAEYAE. The video showed Jane Doe 2 sitting on the floor wearing a dark colored shirt, and she was nude from the waist down. She used her hands to spread her buttocks.

- On May 03, 2024, at 22:23:16 UTC, when she was 17 years old, Jane Doe 2 sent Kyle_McCannon a different eight second video file named EiQSFVVCR2hhQktNU1lpV3dCUm5PMUs4ThoAGgAyAXxIAlAEYAE. The video showed Jane Doe 2's nude genitalia and her using her hands to spread her buttocks.

### Jane Doe 3

14. The Snapchat user Kyle_McCannon account also communicated with an account "XXXXXchild347," (redacted for this affidavit, but known to me) later identified and referred to herein as Jane Doe 3. Jane Doe 3 sent multiple image and video files to Kyle_McCannon in the June-July 2023 time period. An administrative subpoena was sent to Snapchat for XXXXXchild347 which resulted in learning a specific email address, Pinterest profile, and Facebook profile with uploaded files showing Jane Doe 3. A different administrative subpoena for the email address associated with the XXXXXchild347 account resulted in a different email address and recovery telephone number ending in 9039 (email addresses and phone number known to me). That information led law enforcement to Jane Doe 3's father in Wisconsin.

15. In June 2024, Jane Doe 3 was interviewed in Wautoma, Wisconsin when she was 17 years old. Jane Doe 3 stated she first communicated with the Kyle_McCannon account on Snapchat when she was 14 years old. Jane Doe 3 said that she told Kyle_McCannon that she was 14 years old.

8

Kyle_McCannon eventually told Jane Doe 3 that he was 30 years old. [Note: Zak's actual DOB was in 1990, and so he was 30 years old in 2020-2021 time period, consistent with when Jane Doe 3 was 14 years old.] Kyle_McCannon paid Jane Doe 3 via Cash App[4] for sexually explicit images and videos of herself. Jane Doe 3 described that Kyle_McCannon started paying her in June 2023 and continued to the last payment to her in February 2024. Jane Doe 3 received an approximate total of $800 USD from Kyle_McCannon for her nude pictures. Jane Doe 3 identified Kyle_McCannon's Cash App account as named "VicariousOne."

16. Jane Doe 3 stated that Kyle_McCannon was specific about the type of content he wanted her to record. Kyle_McCannon asked to see Jane Doe 3 in certain positions and committing particular acts such as making herself throw up, using items such as a hairbrush in a sexual way, and seeing her pee. If Jane Doe 3 did not do what Kyle_McCannon asked her to do, he would either: (1) not send as much money; (2) ask for Jane Doe 3 to send a portion of the money back; and/or (3) degrade her verbally by calling her a whore or telling her she was not worth anything. Additionally, Kyle_McCannon threatened Jane Doe 3 to send him her nude pictures / videos, including telling her he was going to tell her parents.

17. Jane Doe 3 often told Kyle_McCannon that she felt uncomfortable with his requests or told him she did not want to do it. Kyle_McCannon sent Jane Doe 3 pictures and videos of his genitals, to include videos of him touching his genitals while saying her name. Kyle_McCannon told Jane Doe 3 he wanted to travel to Wisconsin and get a hotel room with her. Kyle_McCannon told her he wanted to have sex with her. Kyle_McCannon showed his face via Snapchat but used filters to distort his image. Jane Doe 3 described Kyle_McCannon as tall and scrawny with blue or green colored eyes and blonde hair. (Note: I have now researched Levi Zak's Arizona Motor Vehicle Record which indicates he has hazel eyes and blonde hair.)

18. Jane Doe 3 eventually blocked Kyle_McCannon on Snapchat. He found her on Instagram and began contacting her again. Kyle_McCannon called her and was angry if she did not

---

4 I am familiar that Cash App is a financial service platform accessible through the internet that allows users to send money to other Cash App account holders, among many other services.

9

answer. Kyle_McCannon called Jane Doe 3 a "dirty bitch." Jane Doe 3 deactivated her Instagram account.

19. Jane Doe 3 stated she was suicidal and felt alone during the time when she was speaking with Kyle_McCannon. She tried killing herself. Jane Doe 3 identified her Snapchat account at the time she communicated with Kyle_McCannon and identified several visual files of herself that she had sent to Kyle_McCannon, to include the following examples that I have also viewed:

- On June 16, 2023, at 12:03:32 UTC, when Jane Doe 3 was 15 years old, she sent Kyle_McCannon a picture named iQSFXlZVzM3bmFjbGgxWlJ6b2FvdjNvcRoAGgAyAQNIAlAEYA. The picture showed Jane Doe 3's nude genitalia.

- On June 16, 2023, at 12:09:52 UTC, when Jane Doe 3 was 15 years old, she sent Kyle_McCannon a picture named EiQSFVhWdUFDYnM3NkZ5OTVwdUNLUkJMUxoAGgAyAQNIAlAEYAE. The picture showed Jane Doe 3 wearing a blue-colored long-sleeve shirt and no other clothing, with her breasts and genitalia exposed.

- On June 22, 2023, at 21:13:28 UTC, when Jane Doe 3 was 15 years old, she sent Kyle_McCannon a five second video named EiQSFWx4YXQ2OXRJbHdRQnc2TktZOXk0MxoAGgAyAQNIAlAEYAE. The video showed Jane Doe 3 grabbing her exposed buttocks. Jane Doe 3 recalled that Kyle_McCannon asked Jane Doe 3 to "spread everything open."

- On June 26, 2023, at 21:14:32 UTC, when Jane Doe 3 was 15 years old, she sent Kyle_McCannon a 10 second video named EiQSFUVkRm5YZmNGaEZyTmJNZWp1OW96dBoAGgAyAX1IAlAEYAE. The video showed Jane Doe 3 inserting the handle of a pink-colored hairbrush multiple times into her open mouth. Jane Doe 3 recalled that Kyle_McCannon asked Jane Doe 3 to make herself throw up. He wanted to see how much of the brush Jane Doe 3 could put in her mouth.

- On June 30, 2023, at 04:52:12 UTC, when Jane Doe 3 was 16 years old, she sent Kyle_McCannon a 30 second video named EiQSFUhNdmwwRDlqaEhDNXdKRWUwZ1p3Sxo

10

AGgAyAX1IAlAEYAE. The video showed Jane Doe 3 inserting the handle of a pink-colored hairbrush into her vagina. Jane Doe 3 identified this occasion as when Kyle_McCannon had requested that she talk in the video by calling him daddy or ask him questions.

**Additional Information in Snapchat return for Kyle_McCannon**

20. In the return of information, I saw an additional communication between Kyle_McCannon and a Snapchat account using the name "taken_8910." This account appeared to me to be a minor age female. I noted that several image and video files of sexually explicit content were sent by taken_8910 to Kyle_McCannon in April 2024, and Kyle_McCannon paid her through Cash App, for the following reasons. I noted a conversation on April 22, 2024 between Kyle_McCannon and username taken_8910 as follows:

- kyle_mccannon: You down to make some.money? ðŸ˜
- taken_8910: wha
- kyle_mccannon: Ngl I'd be down to cash app you for pics/vids. If you don't want to it's cool, but you could make some easy money js
- taken_8910: idk
- kyle_mccannon: If you don't want to I get it, but I'm down to send $50-100+ for some good vids. You don't have to show your face, and it's up to you what you want to send. If you have saved stuff I would pay for those, or you could spend a couple minutes to make some vids and get easy money
- […]
- kyle_mccannon: I would do $25 for a video of you rubbing your boobs, and a video of you showing your ass in panties in doggy position. Or $40 if you do both and one of you rubbing your panties from the front. $60 if you take the panties off or pull them to the side. $80 if you play with yourself without panties on.
- […]

11

- taken_8910: Two image files were sent. One was of a female sitting down. The female was wearing underwear. The second file image was of a female's exposed breasts. The female was wearing multiple wristbands.
- taken_8910: could I get money for that?
- kyle_mccannon: Damn those are hot. Your tits are huge ðŸ˜□ðŸ¤¤ what's your cash app?
- taken_8910: karlie699
- […]
- kyle_mccannon: That was so hot, and I really appreciate you saying that tbh. You are really nice too, and I'm really glad you trusted me and gave me a chance. I will definitely pay you good, and I'd really like to be friends too. Could I see you spread them both for me? Like set your phone against your blanket or something and use both hands to spread them good for me?
- taken_8910: spread what good?
- kyle_mccannon: Your butt and your vagina? If you are ok with that. It's really hot and I wanna see ðŸ¤¤ðŸ¤¤ the hair doesn't bother me at all I promise, you look so good ðŸ˜□
- kyle_mccannon: Are you able to get more light on it while you do it? And try to get the cam a little closer? It looks so good and I wanna be able to see it good. And do you have a brush or anything you could use? I will send another 60
- taken_8910: no
- taken_8910: my mimi is ab to wake up
- taken_8910: so i canâ€™t do anymore

21. I noted an additional conversation the next day on April 23, 2024, between Kyle_McCannon and taken_8910 suggesting she was in high school:

- taken_8910: i js hate school
- kyle_mccannon: I feel that
- kyle_mccannon: School sucks
- […]

12

- taken_8910: [One image file was sent. The image appeared to show a heart drawn in sand with "S +K" in the middle of the heart. In the bottom left corner of the image, there was an image which showed what appeared to be minors in the hallway of a school. A female was hugging a male. The female had a backpack on. A water fountain was located in the hallway. A logo was present underneath the water fountain. The logo visually matched the logo of Vancleave High School in Mississippi.]

22. I also noted several additional image and video files sent by taken_8910 to username Kyle_McCannon that would fit within 18 U.S.C. § 2256 if taken_8910 is a minor. Two of the files I saw were:

- On April 22, 2024, at 10:27:14 UTC, taken_8910 sent Kyle_McCannon a 9 second video named EiQSFVhoTmlYNk55c2J0S29ZZVZrYzVheRoAGgAyAQRIAlAEYAE. The video showed a female using her hands to spread apart her nude genitalia.

- On May 14, 2024, at 20:42:33 UTC, taken_8910 sent Kyle_McCannon a 9 second video named EiQSFWZic0lQb1g2Qll3MEYyRXZlaDdNRhoAGgAyAX1IAlAEYAE. The video showed a nude female who appeared to be in a shower. The video showed the female touching her genitalia.

23. An administrative subpoena was issued to Block, Inc for Cash App username $karlie699. This is the Cash App name the user taken_8910 said was hers when she communicated with Kyle_McCannon. The subscriber information returned showed that $karlie699 had an associated Account Token5 of C_842h48mdk. Subscriber information also had the address history listed as an address in Vancleave, Mississippi (full address known to me).

**Further Identification of Levi Ray Zak**

24. In August 2025, an Administrative Subpoena was served on Block, Inc for the contents of the Cash App Account related to $VicariousOne, i.e. the Cash App account identified as belonging to Kyle_McCannon by Jane Doe 3 above. Below was a summary of the subscriber information provided:

---

5 An Account Token in the Cash App context means a secure digital credential that is assigned in place of the user needing to give his/her full bank account or credit card information.

- Name: Levi Zak
- Date of Birth: XX/XX/1990 (full DOB known to me)
- Social Security Account Number: XXX-XX-0766 (full SSN known to me)

One email account associated with the account was kazievel35@gmail.com.

25. In addition to the subscriber being in the name of Levi Zak, I looked at the transaction history in the Block, Inc. return. I saw Cash App transactions between $VicariousOne and Jane Doe 3. Additionally, a Cash App user was located in the return named "karlie butcher." User karlie butcher had an Account Token of C_842h48mdk, the same Account Token used by Cashtag $karlie699. Transactional information showed multiple transactions between Cash App Account $VicariousOne and karlie butcher. Cash App Account $VicariousOne sent "karlie butcher" $40.00 USD on April 22, 2024 at 10:00:33 UTC. This value matches a screenshot found in the Snapchat return for "Kyle_McCannon." The screenshot was sent from username "Kyle_McCannon" to username "taken_8910" on April 22, 2024 at 10:06:09 UTC and showed a payment of $40.00 USD to $karlie699.

26. Based on these investigative findings, it is a reasonable conclusion that Snapchat username "Kyle_McCannon" provided Snapchat username "taken_8910" money via Cash App for nude pictures, some of which were child pornography.

27. The Block, Inc return also showed additional money sent from Cash App Account $VicariousOne to user "karlie butcher" in May and June of 2025, thus the online relationship appears to have continued for over a year since April 2024. The transactions are listed below:

- On 05/10/2025 at 17:28:25 UTC, $VicariosOne sent Cash App username karlie butcher $40.00 USD with the subject "you."
- On 05/10/2025 at 17:33:29 UTC, $VicariosOne sent Cash App username karlie butcher $40.00 USD with the subject "uk."
- On 05/10/2025 at 17:34:20 UTC, Cash App username karlie butcher sent $VicariosOne $1.00 USD with the subject "hah."
- On 05/10/2025 at 17:37:17 UTC, $VicariosOne sent Cash App username karlie butcher $40.00 USD with the subject "?"

1        •      On 06/03/2025 at 02:52:14 UTC, $VicariosOne sent Cash App username karlie butcher $1.00 USD with the subject "🫦."

28. Department of Economic Security (DES) information indicated Levi Zak has been employed by The Circle K corporation from the fourth quarter of 2021 to the first quarter of 2025. On August 4, 2025, I conducted surveillance on Zak as he worked at the Circle K, 5881 W Cactus Rd, Glendale, AZ 85304. This address is about seven blocks away from his residence at 6565 West Cactus Road, Apartment 1042, Glendale, Arizona 85304. I saw that the inside of the Circle K gas station bathroom visually matched a video found in the search warrant return from Kyle_McCannon's Snapchat account. The video file was located in the memories portion of the return with the filename 9b940bde-dec8-f0f6-236d-6739c44a7852. The video was a 15 second color video, with sound, of Zak wearing a red-colored shirt with his erect penis exposed. Zak appeared to be masturbating in the Circle K bathroom wearing a red-colored shirt and stated "That's my good girl. Fuck that *unintelligible* pussy so good."

29. Additionally, I was able to see during my surveillance that Zak had a tattoo of what appeared to be multiple stars on the inside of his left wrist. This tattoo visually matched a selfie-type image found in the search warrant return from Kyle_McCannon's Snapchat account. The image file was located in the memories portion of the return with the filename 6E387E3E-9AA9-474D-A8A3-B43CA7232F80. The color image showed a male with the majority of his face covered by a hat taking a photograph in a mirror with a dark-colored cellular telephone. The individual had the same tattoo as Levi Zak located on his left wrist.

30. On August 06, 2025, I saw Levi Zak leaving the Circle K gas station on foot and walk to 6565 West Cactus Road, Apartment 1042, Glendale, Arizona 85304. Zak could not be seen when he entered the vestibule of Apartment 1042, the apartment building pictured in Attachment A of the Residence Warrant. On October 1, 2025, I saw Levi Zak inside the same Circle K gas station. Levi Zak was wearing a red-colored Circle K shirt. On October 10, 2025, Levi Zak was seen walking west on W. Cactus Road away from 6565 West Cactus Road, Glendale, AZ 85304 and entered the same gas station. On October 20, 2025, Levi Zak was seen walking away from the apartment complex and

entered a smoke shop approximately ½ mile away. He was observed purchasing cigarettes and an energy drink. He left the smoke shop and walked back toward his apartment complex. He was observed walking into Apartment 1042.

31. On October 24, 2025, I sought and obtained search warrants for Levi Ray Zak's residence and person authorized by the Honorable Eileen S. Willett in Case Nos. 25-9505MB and 25-9506MB.

*Execution of Search Warrants October 29, 2025*

32. On October 29, 2025, the search warrants were executed. Zak was first contacted at his Circle K place of employment. Subsequently, another agent and I interviewed Zak after advising him of his *Miranda* rights, which he indicated he understood. Zak's interview contained the following highlights. Zak stated he had used Snapchat in the past. Zak admitted he had used the following usernames: (1) Kyle_McCannon on Snapchat, with his admission that the "Kyle_McCannon" account had gotten banned for doing things against the terms of service; (2) "Vicarious" (like was associated with Zak's Cash App account which was the account he paid Jane Doe 3 and "karlie butcher" for nude pictures); and (3) "kazivel" which was his first and last name together spelled backward (levizak / kazivel) such as with an email account of kazivel35@gmail.com, one email account that was associated with his Cash App account from the administrative subpoena. Zak admitted he had a lot of sexual conversations with girls, some of who were under the age of 18. Zak stated he learned the girls' ages over time. Zak admitted he had received explicit photos and videos from underage girls, and that he continued to communicate with them even after learning their ages. Zak declined to speak further.

33. During the search warrant at Zak's residence (a two-bedroom apartment), law enforcement learned that Zak lived there with three adult family members and one minor, approximately age 2. The adults specified Zak's bedroom, which was the master bedroom. The bedroom contained packages and mail addressed to Zak. I noted that the layout of the bedroom / bathroom doors were the same as in at least one selfie picture Zak had taken of himself. I noted that the bathroom shower looked the same as in one picture from the Snapchat return for the Kyle_McCannon account. I saw a blanket in Zak's room that matched a blanket in at least one video in the Snapchat return for the Kyle_McCannon

16

account. In Zak's closet, there was a suitcase that contained a female sex doll that appeared to be a small adult woman, a vibrator, a vagina type device, and in excess of 10 pairs of child size underwear. I recall seeing the vagina type device in at least one video in the Snapchat return for the Kyle_McCannon account. Zak's room contained in excess of 10 devices and electronic storage media. Zak's closet also contained approximately 20 or more Robux gift cards (currency for the game Roblox) which matched at least one photograph in the Kyle_McCannon account return, where it appeared Zak had laid out multiple Robux gift cards on his bed.

## **CONCLUSION**

34. I respectfully submit there is probable cause to believe that the federal criminal statutes cited herein have been violated by Levi Ray Zak, namely, 18 U.S.C. 18 U.S.C. §§ 2251(a) and (e) and 2256 which makes it a crime to produce child pornography, 18 U.S.C. §2442(b) which makes it a crime to coerce and entice a minor; and 18 U.S.C. §§2252(a)(2), which makes it a crime to receive child pornography, in support of his arrest.

Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

KEVIN MARTIN  Digitally signed by KEVIN MARTIN
Date: 2025.10.29 20:46:21 -07'00'

Kevin H. Martin
Special Agent
Federal Bureau of Investigation

Sworn and subscribed telephonically before me this 30<sup>t</sup> day of October, 2025.

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge

17